UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ARTHUR TABOR JACKSON,

                    Plaintiff,                    Case No. 1:21-cv-268

v.                                                Honorable Paul L. Maloney

STATE OF MICHIGAN,

                    Defendant.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

IT IS ORDERED that Plaintiff's action is DISMISSED WITH PREJUDICE

pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c), because it both fails to

state a claim and is frivolous.


Dated:   July 28, 2021                        /s/  Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge